RICHARD ALLENDER BABCOCK, Appellant, *v.* THE SHERIFF OF WASHOE COUNTY, NEVADA, Respondent.

No. 7466

October 15, 1973                    514 P.2d 869

*Samuel T. Bull,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E.*

*Rose,* District Attorney, and *Calvin R. Dunlap,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the trial court is affirmed.